JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON S. LOPEZ, JR, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; DEPUTY WALTER KAZEE; DEPUTY TAYLOR WETZEL; and DOES 1-10, inclusive. <br><br> Defendants. | **No. 5:19-cv-1295-JAK (SHKx)** <br><br> **ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE (DKT. 30)** |

    Based on a review of the parties' Stipulation to Dismiss Action with Prejudice (the "Stipulation" (Dkt. 30)), sufficient good cause has been shown. Thus, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned civil action is hereby dismissed in its entirety, with prejudice, as to all Defendants, with each party bearing his or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: February 10, 2021   _____

John A. Kronstadt
United States District Judge